CHARLES H. CARREON
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Attorney Pro Se

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

CHARLES H. CARREON,

   Plaintiff,

vs.

TOYOTA FINANCIAL SERVICES CDE CORPORATION, TOYOTA MOTOR CREDIT CORPORATION, LITHIA TOYOTA SCION, and Does 1 - 10

   Defendants.

Case No.: 11-CV-39-FRZ

**NOTICE OF ERRATA ATTACHING EXHIBITS OMITTED FROM COMPLAINT** FOR VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT; BREACH OF CONTRACT; AND REQUEST FOR DECLARATORY RELIEF TO PREVENT VIOLATION OF 42 U.S.C. § 1983 BY UNLAWFUL REPLEVIN

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT the original Complaint filed on January 18, 2011 commencing this action contained the following Errata: Exhibits 1 – 6 were omitted. Accordingly, the said Exhibits are attached hereto and are incorporated by reference into the original Complaint.

Dated: January 19, 2011

CHARLES H. CARREON

*[signature]*

CHARLES H. CARREON
Attorney Pro Se

# EXHIBIT 1

**TOYOTA MOTOR CREDIT CORPORATION**
P.O. Box 15012
Chandler, AZ 85224-5012
(800) 279-9032

TOYOTA
FINANCIAL SERVICES℠

Date: 12/15/2010

CHARLES H CARREON
2165 S AVENIDA PLANETA
TUCSON, AZ 85710

## Regarding your 2006 PRIUS

**PLEASE CALL US!**

We have been trying to contact you regarding your past due account with Toyota Financial Services. Unfortunately, your contact information that we have is not valid. Your account is currently past due for 10/27/2010 in the amount of $ 1,223.14.

It is important that you telephone us immediately at 800-279-9032 to discuss your plans to bring your account current. We may be able to offer you a solution to help you bring your account current.

We are concerned about the status of your account and wish to extend to you the opportunity to bring your account current prior to our taking any further action.

If you have already remitted your payment, please provide us with the information requested below by filling out the bottom portion of this page and detaching it. Please return the detached portion in the enclosed envelope so that we may better service your account.

Sincerely,
Toyota Financial Services

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES H CARREON
2165 S AVENIDA PLANETA
TUCSON, AZ 85710
Account: 704-013-6158948-0001

My new contact information is:

Home Telephone: _____

Work Telephone: _____

Alternate Telephone: _____

Address: _____

**EXHIBIT 1, PAGE 1**

PM91TFS

Charles Carreon
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel:     520-841-0835
Email:  Chas@CharlesCarreon.com

September 21, 2010

Toyota Financial Services
PO Box 60114
City of Industry, CA 91716-0114

Re:     Dispute Concerning Account Number 0136158948

Dear Sir or Madam:

My latest bill, enclosed, says I failed to make my August 2010 payment. This is incorrect. The payment was made and received according to my Chase Online Banking records, via Chase Online Payments. See the enclosed copy of the document so recording.

Also enclosed is my September 2010 payment. Nothing more is due.

Thank you.

Very truly yours,

*[signature]*

Digitally signed by Charles H. Carreon
DN: cn=Charles H. Carreon,
o=Online Media Law, PLLC,
ou=Law Firm,
email=chas@charlescarreon.com
, c=US
Date: 2010.09.21 15:06:30 -07'00'

Charles Carreon

---

ONLINE MEDIA LAW LLC
2165 S AVENIDA PLANETA
TUCSON, AZ  85710-5461

91-2/1221 167     1057

Aug 18, 2010

Pay to the order of Toyota Fin'l Svcs    $555.97

Five Hundred Fifty Five + 97/100 dollars

CHASE
JPMorgan Chase Bank, N.A.
Phoenix, Arizona 85073
www.Chase.com

Sep Pymt

for 0136158948

⑈122100024⑈  8673144478⑈ 1057

---

EXHIBIT 1, PAGE 2

**BILLING STATEMENT**



For customer service, please call Toyota Financial Services at (800) 874-8822, or visit us online at www.toyotafinancial.com.

| | |
|---|---|
| Statement Date | 9/10/2010 |
| **Account Number** | **0136158948** |

**SUMMARY OF CHARGES**

| | |
|---|---|
| Past Due Payment Amount | $555.97 |
| Unpaid Late Charges | $27.80 |
| Miscellaneous Charges | $0.00 |
| Current Payment Due | $555.97 |
| **Total Amount Due** | **$1,139.74** |
| Payment Due Date | 9/27/2010 |

To avoid a late charge of **$27.80** your payment must be received before **10/08/2010**.

**ACCOUNT INFORMATION**

| | |
|---|---|
| Regular Payment Amount | $555.97 |
| Last Transaction Amount | $555.97 |
| Date of Last Transaction | 8/06/2010 |
| Monthly Payments Made | 54 |
| Maturity Date | 1/27/2012 |
| Outstanding Balance* | $9,474.25 |

*__Outstanding Balance__ is not your payoff amount. To obtain your payoff amount and payoff instructions, please visit us online at www.toyotafinancial.com or contact Toyota Financial Services at (800) 874-8822.

Please refer to the back of this statement for important information on negative credit reporting, check processing and the specially designated address when sending any communication regarding disputed payoffs.



Protect your **investment** *through* **timely** vehicle maintenance.

CHECK YOUR OWNER'S MANUAL AND SCHEDULED MAINTENANCE GUIDE FOR SERVICING DETAILS.

IMPORTANT: To ensure timely delivery, please detach this portion and mail in the enclosed envelope with your payment. Make check or money order payable to Toyota Financial Services. Include your account number and name on the front of your check or money order.



AB 01 067085 63488 E 233 A
CHARLES H CARREON
2165 S AVENIDA PLANETA
TUCSON AZ 85710-5461

| | |
|---|---|
| **Account Number** | 0136158948 |
| **Payment Due Date** | 9/27/2010 |
| **Total Amount Due** | $1,139.74 |
| **Amount Enclosed** | $ |

Please fill in circle completely if you're using the form on the reverse side to update your address or phone number.

TOYOTA FINANCIAL SERVICES
PO BOX 60114
CITY OF INDUSTRY CA 91716-0114

0136158948 2 0113974 0116754

**EXHIBIT 1, PAGE 3**



Chase.com | Contact Us | Privacy Policy | LOG OFF

Wednesday, August 04, 2010

Payments & Transfers > Bill Payment Activity > Payment Detail

## Payment Detail

○ Help with this page

**I'd like to...**
- See pending approvals
- Pay bills
- Add Payee
- See more choices

**Review your payment** — Your payment information is listed below. Click the ⓘ icon for more information about an item.

**Note:** If your Payee says they haven't received your payment (or that they didn't receive your payment on time), you can use an online proof of payment to show that the payment was made. If a proof of payment is available, it will be displayed next to your payment's status below.

**About Payment**

| | |
|---|---|
| Pay To | Toyota<br>800-874-8822 |
| Pay From | BUSINESS CLASSIC (...4478) |
| Amount ($ USD) | $555.97 |
| Scheduled On | 08/04/2010 at 09:50 PM ET |
| Send On | 08/05/2010 |
| Deliver By | 08/06/2010 |
| Delivery Method | 1 DAY |
| Status | Funded<br>Funds for this payment have been withdrawn from your available balance and your payment is in process. Your available balance has been updated to reflect the debit for this payment. |
| Submitted by | Administrator |
| Last modified by | Administrator |
| Approved by | Not Available |
| Transaction Number | 882548866 |

Security | Terms of Use | Legal Agreements and Disclosures

© 2010 JPMorgan Chase & Co.

# EXHIBIT 2

**BILLING STATEMENT**



For customer service, please call Toyota Financial Services at (800) 874-8822, or visit us online at www.toyotafinancial.com.

| | |
|---|---|
| Statement Date | 12/10/2010 |
| **Account Number** | 013 6158948 |

**SUMMARY OF CHARGES**

| | |
|---|---|
| Past Due Payment Amount | $1,111.94 |
| Unpaid Late Charges | $111.20 |
| Miscellaneous Charges | $0.00 |
| Current Payment Due | $555.97 |
| **Total Amount Due** | **$1,779.11** |
| Payment Due Date | 12/27/2010 |

To avoid a late charge of **$27.80** your payment must be received before **1/07/2011**.

**ACCOUNT INFORMATION**

| | |
|---|---|
| Regular Payment Amount | $555.97 |
| Last Transaction Amount | $555.97 |
| Date of Last Transaction | 11/05/2010 |
| Monthly Payments Made | 56 |
| Maturity Date | 1/27/2012 |
| Outstanding Balance* | $8,535.38 |

*****Outstanding Balance** is not your payoff amount. To obtain your payoff amount and payoff instructions, please visit us online at www.toyotafinancial.com or contact Toyota Financial Services at (800) 874-8822.

Please refer to the back of this statement for important information on negative credit reporting, check processing and the specially designated address when sending any communication regarding disputed payoffs.



IMPORTANT: To ensure timely delivery, please detach this portion and mail in the enclosed envelope with your payment. Make check or money order payable to Toyota Financial Services. Include your account number and name on the front of your check or money order.



| | |
|---|---|
| **Account Number** | 013 6158948 |
| **Payment Due Date** | 12/27/2010 |
| **Total Amount Due** | $1,779.11 |
| **Amount Enclosed** | $ |



AB 01 066318 06196 E 233 A
CHARLES H CARREON
2165 S AVENIDA PLANETA
TUCSON AZ  85710-5461

Please fill in circle completely if you're using the form on the reverse side to update your address or phone number.

TOYOTA FINANCIAL SERVICES
PO BOX 60114
CITY OF INDUSTRY CA 91716-0114

# EXHIBIT 2

0136158948 2 0177911 0180691

# EXHIBIT 3

**TOYOTA MOTOR CREDIT CORPORATION**
PO BOX 60114
CITY OF INDUSTRY, CA 91716-0114
(800) 279-9032



CHARLES H CARREON
2165 S AVENIDA PLANETA
TUCSON, AZ 85710

| DATE OF NOTICE | |
|---|---|
| | 11/01/2010 |
| ACCOUNT NUMBER | |
| | 704-013-6158948-0001 |
| DESCRIPTION OF COLLATERAL | |
| YEAR | MAKE/MODEL |
| 2006 | PRIUS |
| VEHICLE IDENTIFICATION NUMBER | |
| | JTDKB20U667065503 |

## NOTICE OF RIGHT TO CURE YOUR DEFAULT

Motor Vehicle:   [X] Retail Installment Contact   [ ] Lease Agreement

You are now in default on the above-referenced retail installment contract or lease agreement. Toyota Motor Credit Corporation ("TMCC") is giving you the right to correct this default until **11/11/2010**. If you do so, you may continue with the contract as though you did not default. Your default consists of:

_____2_____ monthly payments past due ending with **September 2010**.

TOTAL AMOUNT DUE TO CURE DEFAULT:   __$ 1,167.54__

*Correction of the default:* On or before **11/11/2010**, you must do the following in order to cure your default:

PAY THE TOTAL AMOUNT DUE TO CURE DEFAULT AS SHOWN ABOVE.

You are reminded that another payment of **$ 555.97** becomes due on **11/27/2010** and is not included in the TOTAL AMOUNT DUE TO CURE DEFAULT. If you do not correct your default by the date stated above, TMCC may exercise its rights against you under the law. If you default again under this contract, TMCC may not be required to and may not give you a chance to cure that default.

If you submit a payment to TMCC that is less than the TOTAL AMOUNT DUE TO CURE DEFAULT set forth above, TMCC may choose to keep that payment without waiving any rights it may have under the law, including but not limited to, any right it may have to retake possession of the vehicle which is the subject of your contractual obligation to TMCC.

> *This letter is a courtesy notice. You will not receive any further notices if you fail to cure your default; including sending your payment after the required date or for an amount less than that required to cure the default.*

If you have any questions write or telephone TMCC promptly at the address and telephone number listed above. Note that this communication is an attempt by TMCC to collect a debt and any information obtained will be used for the purpose of collecting the debt.

Sincerely,

**TOYOTA MOTOR CREDIT CORPORATION**

# EXHIBIT 3

WFS 4037 (04/06)

# EXHIBIT 4

Charles Carreon
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel:     520-841-0835
Email:  Chas@CharlesCarreon.com

January 4, 2011

Via Fax: 310-787-3507
Via Email: geribrewster@yahoo.com
Geri Brewster, Esq.
General Counsel
Toyota Financial Services
Mail Dro Ef12
19001 South Western Avenue
Torrance, California 90509

Re:     <u>Dispute Concerning Account Number 0136158948</u>

Dear Counsel:

In response to communications from TMCC and TFS, of which copies are enclosed herewith, PLEASE TAKE NOTICE THAT I dispute both the amount and legitimacy of the claim referenced above, and request that you comply with the requirements of 15 USC § 1692g and validate the claim by disclosing all documents pertinent to the claim you are asserting.

The amounts being claimed are in error, as according to my records, copies of which are enclosed, I made payments for August, September and November 2010. I will make no further payments on this account until I receive a clear and accurate statement that gives me full credit for all payments I have made, and eliminates all claims for late payments. Failure to validate the claimed debt will be deemed a violation of the FDCPA and legal action taken in response to such a violation.

Thank you.

Very truly yours,

# Original Digitally Signed by Charles Carreon

Charles Carreon

# EXHIBIT 4

# EXHIBIT 5



California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries | Other Se

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

FAQs

### Business Entity Detail

Data is updated weekly and is current as of Friday, January 14, 2011. It is not a complete or certified rec entity.

| | |
|---|---|
| Entity Name: | TOYOTA FINANCIAL SERVICES CDE CORPORATION |
| Entity Number: | C2804527 |
| Date Filed: | 10/04/2005 |
| Status: | ACTIVE |
| Jurisdiction: | DELAWARE |
| Entity Address: | 19001 S. WESTERN AVENUE |
| Entity City, State, Zip: | TORRANCE CA 90501 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W 7TH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

**EXHIBIT 5, PAGE 1**



| ARE YOU A LEGAL PROFESSIONAL?
Visit our professional site
Learn about lawfirm marketing

| Learn About the Law | Find a Lawyer | FindLaw Answers | Legal Forms | News | Blogs | Search FindLaw | Search |

« Back to lawyers practicing Elder near San Clemente, CA

Your profile? Update now Updated 3/6/2010

**Ads by Google**
**Alcaraz Tocchini LLP**
Immigration Law Firm Lawyers in Tucson and Sacramento

# Brewster, Geri Ann

Toyota Financial Services
Mail Drop Ef12
19001 S. Western Ave.
Torrance, CA 90501
Phone: (310) 787-3554
Fax: (310) 787-3507
Contact Us

Map location

POWERED BY Google    Map data ©2011 Google

View larger map/Directions »

Hiring a Lawyer: Resources

* Guide to Hiring a Lawyer

**Ads by Google**



ATTORNEY SEARCH

**Geri Ann Brewster - #108905**

**Current Status: Active**

This member is active and may practice law in California.
See below for more details.

**Profile Information**

The following information is from the official records of The State Bar of California.

| | | | |
|---|---|---|---|
| **Bar Number:** | 108905 | | |
| **Address:** | 4205 N Virginia Rd<br>Long Beach, CA 90807<br>Map it | **Phone Number:** | (562) 552-7674 |
| | | **Fax Number:** | Not Available |
| | | **e-mail:** | geribrewster@yahoo.com |
| **County:** | Los Angeles | **Undergraduate School:** | West Virginia Univ; Morgantown WV |
| **District:** | District 7 | | |

EXHIBIT 5, PAGE 3

# EXHIBIT 6



# Track & Confirm

## Search Results

Label/Receipt Number: **0496 9009 0930 1010 4645**
Expected Delivery Date: **January 7, 2011**
Class: **Priority Mail®**
Service(s): **Delivery Confirmation™**
Status: **Delivered**

Your item was delivered at 10:09 am on January 07, 2011 in TORRANCE, CA 90509.

Detailed Results:
- **Delivered, January 07, 2011, 10:09 am, TORRANCE, CA 90509**
- **Arrival at Post Office, January 07, 2011, 10:04 am, TORRANCE, CA 90503**
- **Acceptance (APC), January 04, 2011, 8:09 pm, TUCSON, AZ 85711**

### Track & Confirm
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

# EXHIBIT 6