1  PHILIP A. OVERCASH #022964
   KUTAK ROCK LLP
2  Suite 300
   8601 North Scottsdale Road
3  Scottsdale, AZ  85253-2742

4  *Attorneys for Defendant*
   *Toyota Motor Credit Corporation d/b/a Toyota*
5  *Financial Services*

6                    **UNITED STATES DISTRICT COURT**

7                    **IN AND FOR THE DISTRICT OF ARIZONA**

8  CHARLES H. CARREON,                     CASE NO.  4:11-cv-00039-TUC-FRZ
9
           Plaintiff/Counter-defendant,
10                                          **INDEX OF EXHIBITS TO**
   v.
11                                          **TOYOTA MOTOR CREDIT**
   TOYOTA MOTOR CREDIT                      **CORPORATION'S ANSWER AND**
12 CORPORATION d/b/a TOYOTA                 **AFFIRMATIVE DEFENSES TO**
   FINANCIAL SERVICES, et al.              **PLAINTIFF'S FIRST AMENDED**
13                                          **COMPLAINT**
           Defendants/Counter-plaintiffs.
14                                          **-AND-**

15                                          **TOYOTA MOTOR CREDIT**
                                            **CORPORATION'S**
16                                          **COUNTERCLAIMS AGAINST**
                                            **CHARLES H. CARREON and "JANE**
17                                          **DOE" CARREON, WIFE of**
                                            **CHARLES H. CARREON**
18

19     **EXHIBIT A:**     January 13, 2006 Retail Installment Contract between Charles H.
20                        Carreon and Lithia Toyota Scion

21     **EXHIBIT B:**     Statement of Account

22     **EXHIBIT C:**     November 1, 2010, Notice and Opportunity to Cure letter from
23                        TMCC to CHC

24     **EXHIBIT D:**     December 15, 2010, Late Notice Letter from TMCC to CHC
25
       **EXHIBIT E:**     January 4, 2011, Letter and Bank Statements from CHC to
26                        TMCC

27     **EXHIBIT F:**     January 25, 2011, Letter from TMCC to CHC in response to
28                        January 4, 2011, letter, with detailed account payment history.

# EXHIBIT A

# EXHIBIT A

**RETAIL INSTALLMENT CONTRACT**

Dealer Number _____    Date **13 JUN 2006**

Buyer Name and Address (Including County and Zip Code)
**CHARLES W CARRION**
**1131 BARRINGTON CIR**
**ASHLAND, OR  97520-9551**

Creditor/Seller - Name and Address
**LITHIA TOYOTA SCION**
**1420 N. RIVERSIDE**
**MEDFORD, OR   97501**

| New Veh. | No. Cyl. |
|---|---|
| NEW | 4 |

| Year | Make & Model | Body Type | Color | Odometer | Vehicle Identification No. |
|---|---|---|---|---|---|
| 2006 | TOYO | PRIU | RED | 58 | Redacted |

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit, including your down payment of $ 3500.00 |
| **7.50 %** | $ **7967.84** | $ **32062.00** | $ **40029.84** | $ **43529.84** |

Your Payment Schedule will be:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| N/A | $ N/A | N/A |
| 71 | $ 555.97 | Monthly Beginning  02/27/2006 |
| 1 | $ 555.97 | On  01/27/2012 |
| N/A | $ N/A | On N/A |

**ITEMIZATION OF AMOUNT FINANCED**

1. Cash Sale Price (including any accessories) ........................................ $ **31320.00** (1)
2. Cash Down Payment ..................................................................
   a. Manufacturer's Rebate (if applicable) ........................................ $ 3500.00
   b. Deferred Downpayment (Pickup Payment), due ............................ $ N/A
   c. Deposit ........................................................................ $ N/A
   Net Trade-in Value  $ 2983.00          on which there is no finance charge, of ..... $ 1662.00

Total Downpayment (a+b+c+d) (also put this figure on the downpayment line in the Total Sale Price box above) (Do not include 3rd if negative) ..... $ 3500.00 (2)
3. Unpaid Balance of Cash Sale Price ................................................ $ 27821.00 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf: (*Seller may be retaining a portion of this amount)

   a. Cost of Optional Insurance Paid to Insurance Company named above:
      Credit Life $ N/A      Credit Disability $ N/A ................................ $ N/A
   b. Cost of Optional Physical Damage Insurance paid for the term shown on front ...... $ 3500.00
   c. Cost of Optional Credit Insurance paid to the Company named above (covers certain repairs) ...... $ N/A
   d. Cost of Optional Mechanical Breakdown Protection paid to the Company named above (covers certain repairs) * ...... $ 1813.00
   e. License/Registration Fees paid to government agencies ................................ $ 113.00
   f. Title Fees paid to government agencies .............................................. $ 55.00
   g. Registration Fees paid to government agencies ...................................... $ 50.00
   h. DEQ Certification Fee paid to government agencies .................................. $ N/A
   i. Documentary Service Fee paid to Seller $ ......................................... $ 50.00
   j. Other Charges (Seller must identify who is paid and describe purpose - include negative trade value here) * ...... $ N/A

   **LIEN PAYOFF** to **WELLS FARGO** ................................................. $ 1662.00

5. Amount Financed (3+4) .............................................................. $ 32062.00

Seller Assignment — Assigned to **TOYOTA MOTOR CREDIT CORP**
**PO BOX 2259 LAKE OSWEGO, OR 97035**

Buyer Signs X _____

Co-Buyer Signs X _____

Creditor Signs **LITHIA TOYOTA SCION**
By X _____

**RETAIL INSTALLMENT CONTRACT**

## TERMS AND CONDITIONS

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

THE PRECEDING NOTICE APPLIES ONLY TO GOODS OR SERVICES OBTAINED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD USE.

### WARNING

## REPURCHASE ASSIGNMENT

Litha Toyota - Scion

## ASSIGNMENT AND GUARANTY

# EXHIBIT B

# EXHIBIT B



Office of the President and
Chief Executive Officer

19001 South Western Avenue
Torrance, CA 90501
(800) 874-8822 ext. 39479

**Retail Account History**
Redacted

| Payment Number | Payment Due Date | Amount Due | Late Charge Assessed | Date Paid | Comments | Amount Paid | Late Charge Paid/Waived | No. of days late | (Over)-under |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/27/2006 | $555.97 | | 3/8/2006 | Check # 3864 | $555.97 | | 9 | $0.00 |
| 2 | 3/27/2006 | $555.97 | $27.80 | 5/5/2006 | Check # Redacted $1139.74 | $555.97 | $27.80 | 39 | $0.00 |
| 3 | 4/27/2006 | $555.97 | | 5/5/2006 | | $555.97 | | 8 | $0.00 |
| 4 | 5/27/2006 | $555.97 | | 6/5/2006 | Check # Redacted | $555.97 | | 9 | $0.00 |
| 5 | 6/27/2006 | $555.97 | | 6/29/2006 | Check # Redacted | $555.97 | | 2 | $0.00 |
| 6 | 7/27/2006 | $555.97 | | 7/24/2006 | Check # 3045 | $555.97 | | -3 | $0.00 |
| 7 | 8/27/2006 | $555.97 | | 8/28/2006 | Check # 3080 | $555.97 | | 1 | $0.00 |
| 8 | 9/27/2006 | $555.97 | | 9/30/2006 | Check # 3113 | $555.97 | | 3 | $0.00 |
| 9 | 10/27/2006 | $555.97 | | 10/24/2006 | Check # 1009 | $555.97 | | -3 | $0.00 |
| 10 | 11/27/2006 | $555.97 | | 11/29/2006 | Check # 1070 | $555.97 | | 2 | $0.00 |
| 11 | 12/27/2006 | $555.97 | | 12/28/2006 | Check # 1085 | $555.97 | | 1 | $0.00 |
| 12 | 1/27/2007 | $555.97 | | 1/25/2007 | Check # 1109 | $555.97 | | -2 | $0.00 |
| 13 | 2/27/2007 | $555.97 | | 3/2/2007 | Check # 1132 | $555.97 | | 3 | $0.00 |
| 14 | 3/27/2007 | $555.97 | | 3/22/2007 | Check # 1307 | $555.97 | | -5 | $0.00 |
| 15 | 4/27/2007 | $555.97 | | 4/30/2007 | Check # 1342 | $555.97 | | 3 | $0.00 |
| 16 | 5/27/2007 | $555.97 | | 5/25/2007 | Check # 1003 | $555.97 | | -2 | $0.00 |
| 17 | 6/27/2007 | $555.97 | | 6/25/2007 | Check # 1017 | $555.97 | | -2 | $0.00 |
| 18 | 7/27/2007 | $555.97 | | 8/6/2007 | Check # 1032 | $555.97 | | 10 | $0.00 |
| 19 | 8/27/2007 | $555.97 | | 8/30/2007 | Check # 1019 | $555.97 | | 3 | $0.00 |
| 20 | 9/27/2007 | $555.97 | | 9/27/2007 | Check # 1035 | $555.97 | | 0 | $0.00 |
| 21 | 10/27/2007 | $555.97 | | 10/29/2007 | Check # 1062 | $555.97 | | 2 | $0.00 |
| 22 | 11/27/2007 | $555.97 | | 12/5/2007 | Check # 1120 | $555.97 | | 8 | $0.00 |
| 23 | 12/27/2007 | $555.97 | | 12/20/2007 | Check # 1152 | $555.97 | | -7 | $0.00 |
| 24 | 1/27/2008 | $555.97 | | 2/6/2008 | Check # 1200 | $555.97 | | 10 | $0.00 |
| 25 | 2/27/2008 | $555.97 | | 3/7/2008 | Check # 1227 | $555.97 | | 9 | $0.00 |
| 26 | 3/27/2008 | $555.97 | | 3/20/2008 | Check # 1245 | $555.97 | | -7 | $0.00 |
| 27 | 4/27/2008 | $555.97 | | 4/24/2008 | Check # 1281 | $555.97 | | -3 | $0.00 |
| 28 | 5/27/2008 | $555.97 | | 5/21/2008 | Check # 1308 | $555.97 | | -6 | $0.00 |
| 29 | 6/27/2008 | $555.97 | | 6/20/2008 | Check # 1346 | $555.97 | | -7 | $0.00 |
| 30 | 7/27/2008 | $555.97 | | 7/28/2008 | Check # 1386 | $555.97 | | 1 | $0.00 |
| 31 | 8/27/2008 | $555.97 | | 8/26/2008 | Check # 1428 | $555.97 | | -1 | $0.00 |
| 32 | 9/27/2008 | $555.97 | | 9/25/2008 | Check # 1463 | $555.97 | | -2 | $0.00 |
| 33 | 10/27/2008 | $555.97 | $27.80 | 12/2/2008 | Telephone payment of $1111.94 | $555.97 | $27.80 | 36 | $0.00 |
| 34 | 11/27/2008 | $555.97 | | 12/2/2008 | | $555.97 | | 5 | $0.00 |
| 35 | 12/27/2008 | $555.97 | | 12/26/2008 | Check # 1550 | $555.97 | | -1 | $0.00 |
| 36 | 1/27/2009 | $555.97 | | 1/30/2009 | Check # 1576 | $555.97 | | 3 | $0.00 |
| 37 | 2/27/2009 | $555.97 | | 3/3/2009 | Electronic Payment | $555.97 | | 4 | $0.00 |
| 38 | 3/27/2009 | $555.97 | | 3/31/2009 | Electronic Payment | $555.97 | | 4 | $0.00 |
| 39 | 4/27/2009 | $555.97 | | 4/28/2009 | Electronic Payment | $555.97 | | 1 | $0.00 |
| 40 | 5/27/2009 | $555.97 | $27.80 | 6/25/2009 | Electronic Payment | $555.97 | $27.80 | 29 | $0.00 |
| 41 | 6/27/2009 | $555.97 | | 6/25/2009 | Electronic Payment | $555.97 | | -2 | $0.00 |
| 42 | 7/27/2009 | $555.97 | | 7/28/2009 | Electronic Payment | $555.97 | | 1 | $0.00 |
| 43 | 8/27/2009 | $555.97 | | 8/27/2009 | Electronic Payment | $555.97 | | 0 | $0.00 |
| 44 | 9/27/2009 | $555.97 | | 9/29/2009 | Electronic Payment | $555.97 | | 2 | $0.00 |
| 45 | 10/27/2009 | $555.97 | | 10/30/2009 | Electronic Payment | $555.97 | | 3 | $0.00 |
| 46 | 11/27/2009 | $555.97 | | 11/27/2009 | Electronic Payment | $555.97 | | 0 | $0.00 |
| 47 | 12/27/2009 | $555.97 | | 12/28/2009 | Electronic Payment | $555.97 | | 1 | $0.00 |
| 48 | 1/27/2010 | $555.97 | $27.80 | 3/8/2010 | Check # 1317 | $555.97 | | 40 | $0.00 |
| 49 | 2/27/2010 | $555.97 | | 3/8/2010 | Check # 1323 | $555.97 | | 9 | $0.00 |
| 50 | 3/27/2010 | $555.97 | | 3/23/2010 | Electronic Payment | $555.97 | | -4 | $0.00 |
| 51 | 4/27/2010 | $555.97 | | 4/28/2010 | Electronic Payment | $555.97 | 27.8 | 1 | $0.00 |
| 52 | 5/27/2010 | $555.97 | | 5/27/2010 | Electronic Payment | $555.97 | | 0 | $0.00 |



**TOYOTA**
FINANCIAL SERVICES

Office of the President and
Chief Executive Officer

19001 South Western Avenue
Torrance, CA 90501
(800) 874-8822 ext. 39479

## Retail Account History
### Redacted

| Payment Number | Payment Due Date | Amount Due | Late Charge Assessed | Date Paid | Comments | Amount Paid | Late Charge Paid/Waived | No. of days late | (Over)-under |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 6/27/2010 | $555.97 | | 6/28/2010 | Electronic Payment | $555.97 | | 1 | $0.00 |
| 54 | 7/27/2010 | $555.97 | | 8/6/2010 | Electronic Payment | $555.97 | | 10 | $0.00 |
| 55 | 8/27/2010 | $555.97 | $27.80 | 9/23/2010 | Check # 1057 | $555.97 | | 27 | $0.00 |
| 56 | 9/27/2010 | $555.97 | $27.80 | 11/5/2010 | Chck # 1083 | $555.97 | | 39 | $0.00 |
| 57 | 10/27/2010 | $555.97 | $27.80 | | | | | | $555.97 |
| 58 | 11/27/2010 | $555.97 | $27.80 | | | | | | $1,111.94 |
| 59 | 12/27/2010 | $555.97 | $27.80 | | | | | | $1,667.91 |
| 60 | 1/27/2011 | $555.97 | | | | | | | $2,223.88 |

# EXHIBIT C

# EXHIBIT C

4845-0479-3863.1

**TOYOTA MOTOR CREDIT CORPORATION**
PO BOX 60114
CITY OF INDUSTRY, CA 91716-0114
(800) 279-9032

 **TOYOTA**
FINANCIAL SERVICES

CHARLES H CARREON
2165 S AVENIDA PLANETA
TUCSON, AZ 85710

| DATE OF NOTICE | 11/01/2010 |
|---|---|
| ACCOUNT NUMBER | Redacted |
| DESCRIPTION OF COLLATERAL | |

| YEAR | MAKE&MODEL |
|---|---|
| 2006 | PRIUS |

| VEHICLE IDENTIFICATION NUMBER |
|---|
| Redacted |

## NOTICE OF RIGHT TO CURE YOUR DEFAULT

Motor Vehicle:  [X] Retail Installment Contact  [ ] Lease Agreement

You are now in default on the above-referenced retail installment contract or lease agreement. Toyota Motor Credit Corporation ("TMCC") is giving you the right to correct this default until **11/11/2010**. If you do so, you may continue with the contract as though you did not default. Your default consists of:

_____2_____ monthly payments past due ending with **September 2010**.

TOTAL AMOUNT DUE TO CURE DEFAULT:  $ 1,167.54

*Correction of the default:* On or before **11/11/2010**, you must do the following in order to cure your default:

PAY THE TOTAL AMOUNT DUE TO CURE DEFAULT AS SHOWN ABOVE.

You are reminded that another payment of **$ 555.97** becomes due on **11/27/2010** and is not included in the TOTAL AMOUNT DUE TO CURE DEFAULT. If you do not correct your default by the date stated above, TMCC may exercise its rights against you under the law. If you default again under this contract, TMCC may not be required to and may not give you a chance to cure that default.

If you submit a payment to TMCC that is less than the TOTAL AMOUNT DUE TO CURE DEFAULT set forth above, TMCC may choose to keep that payment without waiving any rights it may have under the law, including but not limited to, any right it may have to retake possession of the vehicle which is the subject of your contractual obligation to TMCC.

*This letter is a courtesy notice. You will not receive any further notices if you fail to cure your default; including sending your payment after the required date or for an amount less than that required to cure the default.*

If you have any questions write or telephone TMCC promptly at the address and telephone number listed above. Note that this communication is an attempt by TMCC to collect a debt and any information obtained will be used for the purpose of collecting the debt.

Sincerely,

TOYOTA MOTOR CREDIT CORPORATION

# EXHIBIT 3

WFS 4037 (04-08)

# EXHIBIT D

# EXHIBIT D

4845-0479-3863.1

**TOYOTA MOTOR CREDIT CORPORATION**
P.O. Box 15012
Chandler, AZ 85224-5012
(800) 279-9032



Date: 12/15/2010

CHARLES H CARREON
2165 S AVENIDA PLANETA
TUCSON, AZ 85710

### Regarding your 2006 PRIUS

### PLEASE CALL US!

We have been trying to contact you regarding your past due account with Toyota Financial Services. Unfortunately, your contact information that we have is not valid. Your account is currently past due for 10/27/2010 in the amount of $ 1,223.14.

It is important that you telephone us immediately at 800-279-9032 to discuss your plans to bring your account current. We may be able to offer you a solution to help you bring your account current.

We are concerned about the status of your account and wish to extend to you the opportunity to bring your account current prior to our taking any further action.

If you have already remitted your payment, please provide us with the information requested below by filling out the bottom portion of this page and detaching it. Please return the detached portion in the enclosed envelope so that we may better service your account.

Sincerely,
Toyota Financial Services

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES H CARREON
2165 S AVENIDA PLANETA
TUCSON, AZ 85710
Account: Redacted

My new contact information is:

Home Telephone: _____

Work Telephone: _____

Alternate Telephone: _____

Address: _____

PM41TFX

# EXHIBIT E

# EXHIBIT E



Charles Carreon
2165 S. Avenida Planeta
Tucson, Arizona 85710
**Redacted**

January 4, 2011

Via Fax: 310-787-3507
Via Email: geribrewster@yahoo.com
Geri Brewster, Esq.
General Counsel
Toyota Financial Services
Mail Dro Ef12
19001 South Western Avenue
Torrance, California 90509

Re:     Dispute Concerning Account Number **Redacted**

Dear Counsel:

In response to communications from TMCC and TFS, of which copies are enclosed herewith,
PLEASE TAKE NOTICE THAT I dispute both the amount and legitimacy of the claim
referenced above, and request that you comply with the requirements of 15 USC § 1692g and
validate the claim by disclosing all documents pertinent to the claim you are asserting.

The amounts being claimed are in error, as according to my records, copies of which are
enclosed, I made payments for August, September and November 2010. I will make no further
payments on this account until I receive a clear and accurate statement that gives me full credit
for all payments I have made, and eliminates all claims for late payments. Failure to validate
the claimed debt will be deemed a violation of the FDCPA and legal action taken in response to
such a violation.

Thank you.

Very truly yours,

*CMC*

Digitally signed by Charles H.
Carreon
DN: cn=Charles H. Carreon,
o=Online Media Law, PLLC,
ou=Law Firm,
email=chas@charlescarreon.com,
c=US
Date: 2011.01.04 15:41:17 -07'00'

Charles Carreon

RECL.VI

JAN 1 4 2011

TFS/LFS Corporate
Customer Service

## BILLING STATEMENT



For customer service, please call Toyota Financial Services at (800) 874-8822, or visit us online at www.toyotafinancial.com.

| | |
|---|---|
| Statement Date | 12/10/2010 |
| Account Number | Redacted |

### SUMMARY OF CHARGES

| | |
|---|---|
| Past Due Payment Amount | $1,111.94 |
| Unpaid Late Charges | $111.20 |
| Miscellaneous Charges | $0.00 |
| Current Payment Due | $555.97 |
| **Total Amount Due** | **$1,779.11** |
| Payment Due Date | 12/27/2010 |

To avoid a late charge of $27.80 your payment must be received before 1/07/2011.

### ACCOUNT INFORMATION

| | |
|---|---|
| Regular Payment Amount | $555.97 |
| Last Transaction Amount | $555.97 |
| Date of Last Transaction | 11/05/2010 |
| Monthly Payments Made | 56 |
| Maturity Date | 1/27/2012 |
| Outstanding Balance* | $8,535.38 |

*Outstanding Balance is not your payoff amount. To obtain your payoff amount and payoff instructions, please visit us online at www.toyotafinancial.com or contact Toyota Financial Services at (800) 874-8822.

Please refer to the back of this statement for important information on negative credit reporting, check processing and the specially designated address when sending any communication regarding disputed payoffs.



**TOYOTATHON**
OVER 30 YEARS OF GREAT DEALS.

Ask your participating Toyota dealer about our lease and finance programs, as well as vehicle protection plans, available to qualified customers through Toyota Financial Services℠ and the dealer.

For more information, go to www.toyota.com

TOYOTA
moving forward

IMPORTANT: To ensure timely delivery, please detach this portion and mail in the enclosed envelope with your payment. Make check or money order payable to Toyota Financial Services. Include your account number and name on the front of your check or money order.



| | |
|---|---|
| Account Number | Redacted |
| Payment Due Date | 12/27/2010 |
| Total Amount Due | $1,779.11 |
| Amount Enclosed | $ |

Please fill in circle completely if you're using the form on the reverse side to update your address or phone number.

AB 01 066318 06196 E 233 A
CHARLES H CARREON
2165 S AVENIDA PLANETA
TUCSON AZ  85710-5481

TOYOTA FINANCIAL SERVICES
PO BOX 60114
CITY OF INDUSTRY CA 91716-0114

Redacted

AVG

**CHASE O**

July 31, 2010 through August 31, 2010
Primary Account:   Redacted

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| | Beginning Balance | | | $3,764.18 |
| 08/02 | Card Purchase 6230 | 07/28 U R* Shell Oil ▮Redacted▮ Tucson AZ Card | - 25.90 | 3,738.28 |
| 08/02 | Card Purchase 6230 | 07/29 U R* Frys-Food-Drg #137 Tucson AZ Card | - 19.92 | 3,718.36 |
| 08/02 | Card Purchase 6230 | 07/30 U R* Usps ▮Redacted▮ Tucson AZ Card | - 8.80 | 3,709.56 |
| 08/02 | Card Purchase 6230 | 07/31 U R* Starbucks USA 000810 Tucson AZ Card | - 1.64 | 3,707.92 |
| 08/02 | Card Purchase W/Cash   07/31 Trader Joe's # 095 Tucson AZ Card 6230 Purchase $23.18 Cash Back $40.00 | | - 63.18 | 3,644.74 |
| 08/02 | Card Purchase | 07/31 U R* Bookmans 6 Tucson AZ Card 6230 | - 14.18 | 3,630.56 |
| 08/02 | Check | # 1034 | - 1,325.64 | 2,304.92 |
| 08/02 | Check | # 1035 | - 300.00 | 2,004.92 |
| 08/03 | Card Purchase 6230 | 08/01 U R* Starbucks USA 000810 Tucson AZ Card | - 20.00 | 1,984.92 |
| 08/03 | Card Purchase 6230 | 08/01 U R* Sunflower Farmers M Tucson AZ Card | - 36.83 | 1,948.09 |
| 08/03 | Card Purchase 6230 | 08/01 U R* Safeway Store000187 Tucson AZ Card | - 9.09 | 1,939.00 |
| 08/03 | Card Purchase 6230 | 08/02 U R* Usps ▮Redacted▮ Tucson AZ Card | - 6.56 | 1,932.44 |
| 08/03 | Card Purchase 9440 | 08/02 U R* Wfm-Oats Spe 10439 Tucson AZ Card | - 14.67 | 1,917.77 |
| 08/03 | Paypal | Inst Xfer ▮Redacted▮ Web ID: Paypalsi66 | - 13.51 | 1,904.26 |
| 08/04 | Card Purchase | 08/02 U R* Hotel Congress Tucso Tucson AZ Card | - 48.00 | 1,856.26 |
| 08/04 | 08/04 Online Transfer To Chk Xxxxx5765 Transaction#: ▮Redacted▮ | | - 200.00 | 1,656.26 |
| 08/05 | Deposit | | 9,482.66 | 11,138.92 |
| 08/05 | Card Purchase | 08/03 U R* 1702 Tucson AZ Card 6230 | - 15.76 | 11,123.16 |
| 08/05 | 08/04 Online Payment ▮Redacted▮ To Toyota Financial Services | | - 555.97 | 10,567.19 |
| 08/05 | 08/04 Online Payment ▮Redacted▮ To Cox Communications | | - 144.00 | 10,423.19 |
| 08/05 | 08/04 Online Payment ▮Redacted▮ To Southwest Gas Corporation | | - 23.23 | 10,399.96 |
| 08/05 | Card Purchase 6230 | 08/04 U R* Usps ▮Redacted▮ Tucson AZ Card | - 9.46 | 10,390.50 |
| 08/05 | Card Purchase 6230 | 08/04 U R* Trader Joe's #095 Q Tucson AZ Card | - 34.44 | 10,356.06 |
| 08/06 | Card Purchase | 08/04 U R* Casa Video Tucson AZ Card 6230 | - 68.73 | 10,287.33 |
| 08/06 | Card Purchase 6230 | 08/04 U R* Sunflower Farmers M Tucson AZ Card | - 7.19 | 10,280.14 |
| 08/06 | Card Purchase 6230 | 08/05 U R* Usps ▮Redacted▮ Tucson AZ Card | - 7.92 | 10,272.22 |
| 08/09 | Card Purchase | 08/06 U R* LA Parrilla Suiza #1 Tucson AZ Card 6230 | - 34.00 | 10,238.22 |
| 08/09 | Card Purchase | 08/06 U R* Usps ▮Redacted▮ Tucson AZ Card | - 12.79 | 10,225.43 |
| 08/09 | Card Purchase W/Cash   08/06 Trader Joe's # 095 Tucson AZ Card 6230 Purchase $39.06 Cash Back $50.00 | | - 89.06 | 10,136.37 |
| 08/09 | 08/08 Online Transfer To Xxxxxx2527 Transaction #: ▮Redacted▮ | | - 2,000.00 | 8,136.37 |

Chase Online - Payment Detail

https://payments.chase.com/BillPay/BillPayPaymentView.aspx?Paymen...

# CHASE

Chase.com | Contact Us | Privacy Policy |

Payments & Transfer > Bill Payment Activity > Payment Detail

Wednesday, August 04, 2010

## Payment Detail

Help with this page

I'd like to....

**Review your payment** — Your payment information is listed below. Click the 🔘 icon for more information about an item.

Send payment reminders
Pay bills
Add Payee
See more choices

*Note: If your Payee says they haven't received your payment (or that they didn't receive your payment on time), you can use an online proof of payment to show that the payment was made. If a proof of payment is available, it will be displayed next to your payment's status below.*

**About Payment**

| | |
|---|---|
| Pay To | Toyota |
| | 800-874-8822 |
| Pay From | BUSINESS CLASSIC (...4476) |
| Amount (\$ USD) | \$265.97 |
| Scheduled On | 08/04/2010 at 09:30 PM ET |
| Sent On | 08/06/2010 |
| Deliver By | 08/09/2010 |
| Delivery Method | Via |
| | EFT |
| Status | Funded |
| | Funds for this payment have been withdrawn from your available balance and your payment is in process. Your available balance has been updated to reflect the debit for this payment. |
| Submitted by | Administrator |
| Last modified by | Administrator |
| Approved by | Not Available |
| Transaction Number | 852548895 |

Security | Terms of Use | Legal Agreements and Disclosures

© 2010 JPMorgan Chase & Co.

1 of 1

8/4/2010 4:54 PM

**CHASE** ⬤



September 01, 2010 through September 30, 2010
Primary Account:  Redacted

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 09/24 | Card Purchase 9440 | 09/23 U R* Wfm-Oats Spe 10439 Tucson AZ Card | - 12.71 | 6,872.43 |
| 09/24 | Card Purchase 9440 | 09/23 U R* Nancy R Johnson Dds Tucson AZ Card | - 442.00 | 6,430.43 |
| 09/24 | Card Purchase | 09/23 U R* Fedex Office #4194 Tucson AZ Card 6230 | - 34.32 | 6,396.11 |
| 09/24 | Card Purchase | 09/23 U R* Fedex Office #4194 Tucson AZ Card 6230 | - 54.44 | 6,341.67 |
| 09/24 | Check # 1057    Tmcc       Checkpaymt    Arc ID: Redacted | | - 555.97 | 5,785.70 |
| 09/24 | Check | # 1059 | - 300.00 | 5,485.70 |
| 09/24 | Check | # 1058 | - 165.50 | 5,320.20 |
| 09/27 | Createspace Ap D Misc. Paym Redacted   CCD ID: Redacted | | 31.14 | 5,351.34 |
| 09/27 | Card Purchase 6230 | 09/24 U R* The Home Depot #0410 Tucson AZ Card | - 13.27 | 5,338.07 |
| 09/27 | Card Purchase 6230 | 09/24 U R* LA Parrilla Suiza #1 Tucson AZ Card 6230 | - 29.00 | 5,309.07 |
| 09/27 | Card Purchase 6230 | 09/25 U R* New Delhi Palace Cui Tucson AZ Card | - 24.86 | 5,284.21 |
| 09/27 | Card Purchase | 09/24 U R* Boot Barn #0053 Tucson AZ Card 6230 | - 163.62 | 5,120.59 |
| 09/27 | Card Purchase 9440 | 09/24 U R* Safeway  Store000187 Tucson AZ Card | - 22.95 | 5,097.64 |
| 09/27 | Card Purchase 6230 | 09/25 U R* Trader Joe's #095  Q Tucson AZ Card | - 24.28 | 5,073.36 |
| 09/27 | Card Purchase | 09/25 U R* Autozone #3257 Tucson AZ Card 6230 | - 17.98 | 5,055.38 |
| 09/27 | Card Purchase | 09/25 U R* Mesquite Vly Grwr Tucson AZ Card 6230 | - 32.72 | 5,022.66 |
| 09/27 | Card Purchase 6230 | 09/25 U R* The Home Depot #0410 Tucson AZ Card | - 48.91 | 4,973.75 |
| 09/27 | Card Purchase 6230 | 09/25 U R* Brueggers Bagel Bake Tucson AZ Card | - 15.68 | 4,958.07 |
| 09/27 | Card Purchase W/Cash   09/26 Trader Joe's # 095 Tucson AZ Card 6230 Purchase $3.65 Cash Back $40.00 | | - 43.65 | 4,914.42 |
| 09/27 | Card Purchase 9440 | 09/26 U R* Wfm-Oats Spe 10439 Tucson AZ Card | - 23.22 | 4,891.20 |
| 09/27 | Paypal       Inst Xfer  Redacted   Web ID: Paypalsi66 | | - 29.99 | 4,861.21 |
| 09/28 | Card Purchase | 09/27 U R* Ace Hardware Tucson AZ Card 6230 | - 8.66 | 4,852.55 |
| 09/28 | Card Purchase | 09/27 U R* Poineer Fuel Tucson AZ Card 6230 | - 18.30 | 4,834.25 |
| 09/29 | Card Purchase 6230 | 09/27 U R* Sunflower Farmers M Tucson AZ Card | - 24.79 | 4,809.46 |
| 09/29 | Card Purchase 6230 | 09/27 U R* Safeway  Store000187 Tucson AZ Card | - 8.46 | 4,801.00 |
| 09/29 | Card Purchase | 09/28 U R* Courtcall   *# Redacted | - 50.00 | 4,751.00 |
| 09/29 | Card Purchase | 09/28 U R* Go Bistro San Francisco CA Card 6230 | - 25.00 | 4,728.00 |
| 09/29 | Non-Chase ATM Withdraw 09/29 450 Golden Gate San Francisco CA Card 6230 | | - 103.00 | 4,623.00 |
| 09/29 | Paypal       Inst Xfer  Redacted  Web ID: Paypalsi66 | | - 13.75 | 4,609.25 |
| 09/29 | Non-Chase ATM Fee-With | | - 2.00 | 4,607.25 |
| 09/30 | Card Purchase 6230 | 09/28 U R* The Home Depot #0410 Tucson AZ Card | - 229.75 | 4,377.50 |



**CHASE O**

October 30, 2010 through November 30, 2010
Primary Account: **Redacted**



## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 11/03 | Card Purchase 9440 | 11/01 U R* Sunflower Farmers M Tucson AZ Card | - 31.85 | 11,508.48 |
| 11/03 | Card Purchase 6230 | 11/01 U R* The Mens Wearhouse # Tucson AZ Card | - 94.87 | 11,413.61 |
| 11/03 | Card Purchase 6230 | 11/01 U R* Office Depot #2288 Tucson AZ Card 6230 | - 32.72 | 11,380.89 |
| 11/03 | Check | # 1079 | - 1,325.64 | 10,055.25 |
| 11/03 | Check | # 1080 | - 300.00 | 9,755.25 |
| 11/04 | Card Purchase 9440 | 11/02 U R* The Home Depot #0410 Tucson AZ Card | - 27.88 | 9,727.37 |
| 11/04 | Card Purchase 9440 | 11/02 U R* The Home Depot #0410 Tucson AZ Card | - 27.88 | 9,699.49 |
| 11/04 | Card Purchase 6230 | 11/02 U R* Trader Joe's #095 Q Tucson AZ Card | - 34.41 | 9,665.08 |
| 11/04 | Card Purchase 6230 | 11/02 U R* Hotel Congress Tucso Tucson AZ Card | - 61.00 | 9,604.08 |
| 11/04 | Card Purchase 6230 | 11/04 U R* The Rialto Thea **Redacted** AZ Card | - 48.00 | 9,556.08 |
| 11/04 | Recurring Card Purchase 11/03 U R* Fedex **Redacted** TN Card 6230 | | - 26.88 | 9,529.40 |
| 11/05 | Card Purchase 9440 | 11/03 U R* Sunflower Farmers M Tucson AZ Card | - 11.86 | 9,517.54 |
| 11/05 | Card Purchase 9440 | 11/03 U R* The Home Depot #0410 Tucson AZ Card | - 20.91 | 9,496.63 |
| 11/05 | Card Purchase | 11/03 U R* Jo-Ann Etc #2042 Tucson AZ Card 9440 | - 24.88 | 9,471.74 |
| 11/05 | Card Purchase 9440 | 11/04 U R* Wm-Oats Spe 10439 Tucson AZ Card | - 38.76 | 9,432.98 |
| 11/08 | Card Purchase 6230 | 11/05 U R* Peninsula Hotel NY New York NY Card | - 12.00 | 9,420.98 |
| 11/08 | Card Purchase 6230 | 11/05 U R* Mma Rockefeller CT New York NY Card | - 78.28 | 9,342.70 |
| 11/08 | Card Purchase | 11/05 U R* Jo-Ann Etc #2042 Tucson AZ Card 9440 | - 192.41 | 9,150.29 |
| 11/08 | Card Purchase 9440 | 11/05 U R* Sunflower Farmers M Tucson AZ Card | - 16.73 | 9,133.56 |
| 11/08 | ATM Withdrawal | 11/08 126 East 86th Street N.Y.C.  NY Card 6230 | - 200.00 | 8,933.56 |
| 11/08 | Card Purchase | 11/06 U R* Mma Admissions New York NY Card 6230 | - 30.00 | 8,903.56 |
| 11/08 | Card Purchase 6230 | 11/06 U R* Public Cafeteri1323 New York NY Card | - 53.56 | 8,850.00 |
| 11/08 | Check # 1082  Aca Education So Checkpymt  Arc ID: **Redacted** | | - 790.07 | 8,059.93 |
| 11/08 | Check # 1083.  Tmcc  Checkpaymt  Arc ID: **Redacted** | | - 555.97 | 7,503.96 |
| 11/08 | Check | # 1086 | - 173.78 | 7,330.18 |
| 11/09 | Card Purchase 6230 | 11/07 U R* American Ai 001 Onboard Sal TX Card | - 6.00 | 7,324.18 |
| 11/09 | Card Purchase 6230 | 11/08 U R* Trader Joe's #095 Q Tucson AZ Card | - 15.20 | 7,308.98 |
| 11/09 | Card Purchase W/Cash  11/09 Sunflower Farmers Mark Tucson AZ Card Purchase $14.49 Cash Back $40.00 | | - 54.49 | 7,254.49 |
| 11/09 | 11/09 Online Transfer To  Chk Xxxxx5765 Transaction#: **Redacted** | | - 800.00 | 6,454.49 |

Charles Carreon
2165 S. Avenida Planeta
Tucson, Arizona 85710

**Redacted**

September 21, 2010

Toyota Financial Services
PO Box 60114
City of Industry, CA 91716-0114

Re:   Dispute Concerning Account Number 0136158948

Dear Sir or Madam:

My latest bill, enclosed, says I failed to make my August 2010 payment. This is incorrect. The payment was made and received according to my Chase Online Banking records, via Chase Online Payments. See the enclosed copy of the document so recording.

Also enclosed is my September 2010 payment. Nothing more is due.

Thank you.

Very truly yours,

Charles Carreon

ONLINE MEDIA LAW LLC
2165 S AVENIDA PLANETA
TUCSON, AZ  85718-5461

$555.97

Five Hundred Fifty Five & 97/100 dollars

CHASE

Sep Pymt

**Redacted**

**Redacted**     **Redacted**

## BILLING STATEMENT

For customer service, please call Toyota Financial Services at (800) 874-8822, or visit us online at www.toyotafinancial.com.


**TOYOTA**
FINANCIAL SERVICES

| | |
|---|---|
| Statement Date | 9/10/2010 |
| Account Number | Redacted |

**SUMMARY OF CHARGES**

| | |
|---|---|
| Past Due Payment Amount | $555.97 |
| Unpaid Late Charges | $27.80 |
| Miscellaneous Charges | $0.00 |
| Current Payment Due | $555.97 |
| | |
| Total Amount Due | $1,139.74 |
| Payment Due Date | 9/27/2010 |

To avoid a late charge of $27.80 your payment must be received before 10/08/2010.

**ACCOUNT INFORMATION**

| | |
|---|---|
| Regular Payment Amount | $555.97 |
| Last Transaction Amount | $555.97 |
| Date of Last Transaction | 8/04/2010 |
| Monthly Payments Made | 54 |
| Maturity Date | 1/27/2012 |
| Outstanding Balance* | $9,474.25 |

*Outstanding Balance is not your payoff amount. To obtain your payoff amount and payoff instructions, please visit us online at www.toyotafinancial.com or contact Toyota Financial Services at (800) 874-8822.

Please refer to the back of this statement for important information on negative credit reporting, check processing and the specially designated address when sending any communication regarding disputed payoffs.

IMPORTANT: To ensure timely delivery, please detach this portion and mail in the enclosed envelope with your payment. Make checks or money order payable to Toyota Financial Services. Include your account number and name on the front of your check or money order.



Protect your **investment**
*through*
**timely** vehicle maintenance.

CHECK YOUR OWNER'S MANUAL AND
SCHEDULED MAINTENANCE GUIDE
FOR SERVICING DETAILS.


**TOYOTA**
FINANCIAL SERVICES

| | |
|---|---|
| Account Number | |
| Payment Due Date | 9/27/2010 |
| Total Amount Due | $1,139.74 |
| | |
| Amount Enclosed | $ |

Please fill in circle completely if you're using the form on the reverse side to update your address or phone number.

AB 01 067065 83488 E 233 A
CHARLES N CARNEON
2166 S AVENIDA PLANETA
TUCSON AZ 85710-5481

TOYOTA FINANCIAL SERVICES
PO BOX 60114
CITY OF INDUSTRY CA 91716-0114

0134158948 2 0113974 0116754



**TOYOTA MOTOR CREDIT CORPORATION**
PO BOX 60114
CITY OF INDUSTRY, CA 91716-0114
(800) 279-9032

CHARLES H CARREON
2165 S AVENIDA PLANETA
TUCSON, AZ 85710

| DATE OF NOTICE | 11/01/2010 |
| --- | --- |
| ACCOUNT NUMBER | Redacted |
| DESCRIPTION OF COLLATERAL | |
| YEAR 2006 | MAKE/MODEL PRIUS |
| VEHICLE IDENTIFICATION NUMBER | Redacted |

## NOTICE OF RIGHT TO CURE YOUR DEFAULT

Motor Vehicle:   [X]  Retail Installment Contact   [ ]  Lease Agreement

You are now in default on the above-referenced retail installment contract or lease agreement. Toyota Motor Credit Corporation ("TMCC") is giving you the right to correct this default until 11/11/2010. If you do so, you may continue with the contract as though you did not default. Your default consists of:

_____2_____ monthly payments past due ending with **September 2010.**

TOTAL AMOUNT DUE TO CURE DEFAULT:   **$ 1,167.54**

*Correction of the default:* On or before 11/11/2010, you must do the following in order to cure your default:

PAY THE TOTAL AMOUNT DUE TO CURE DEFAULT AS SHOWN ABOVE.

You are reminded that another payment of $ 555.97 becomes due on **11/27/2010** and is not included in the TOTAL AMOUNT DUE TO CURE DEFAULT. If you do not correct your default by the date stated above, TMCC may exercise its rights against you under the law. If you default again under this contract, TMCC may not be required to and may not give you a chance to cure that default.

If you submit a payment to TMCC that is less than the TOTAL AMOUNT DUE TO CURE DEFAULT set forth above, TMCC may choose to keep that payment without waiving any rights it may have under the law, including but not limited to, any right it may have to retake possession of the vehicle which is the subject of your contractual obligation to TMCC.

> *This letter is a courtesy notice. You will not receive any further notices if you fail to cure your default; including sending your payment after the required date or for an amount less than that required to cure the default.*

If you have any questions write or telephone TMCC promptly at the address and telephone number listed above. Note that this communication is an attempt by TMCC to collect a debt and any information obtained will be used for the purpose of collecting the debt.

Sincerely,

TOYOTA MOTOR CREDIT CORPORATION

# EXHIBIT 3

WFS 4037 (04-06)

**TOYOTA MOTOR CREDIT CORPORATION**
P.O. Box 15012
Chandler, AZ 85224-5012
(800) 279-9032



Date: 12/15/2010

CHARLES H CARREON
2165 S AVENIDA PLANETA
TUCSON, AZ 85710

### Regarding your 2006 PRIUS

### PLEASE CALL US!

We have been trying to contact you regarding your past due account with Toyota Financial Services. Unfortunately, your contact information that we have is not valid. Your account is currently past due for 10/27/2010 in the amount of $ 1,223.14.

It is important that you telephone us immediately at 800-279-9032 to discuss your plans to bring your account current. We may be able to offer you a solution to help you bring your account current.

We are concerned about the status of your account and wish to extend to you the opportunity to bring your account current prior to our taking any further action.

If you have already remitted your payment, please provide us with the information requested below by filling out the bottom portion of this page and detaching it. Please return the detached portion in the enclosed envelope so that we may better service your account.

Sincerely,
Toyota Financial Services

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES H CARREON
2165 S AVENIDA PLANETA
TUCSON, AZ 85710
Account: 704-013-6158948-0001

My new contact information is:

Home Telephone: _____

Work Telephone: _____

Alternate Telephone: _____

Address: _____

PM01TFS

# EXHIBIT F

# EXHIBIT F



Office of the President and
Chief Executive Officer
19001 South Western Avenue
Torrance, CA 90501
(800) 874-8822 ext. 39479

January 25, 2011

Mr. Charles Carreon
2165 S. Avenida Planeta
Tucson, AZ 85710

RE: Redacted

Dear Mr. Carreon:

Your correspondence dated January 4, 2011 was forwarded to the Executive Offices of Toyota Financial Services (TFS) for review and response.

As per your written request, I have prepared a detailed account history.

If upon reviewing the history you find payments have been made but not posted to your account, please fax a front and back copy of any canceled checks or bank statements to my direct attention at (310) 381-4752.

Mr. Carreon, based on the prepared history, the account is currently past due for the October 2010, November 2010 and December 2010 payments.

To allow you sufficient time to review your bank statements and payment history, TFS will place your account on a collection hold until February 7, 2011. Failure to provide proof of payments or failure to bring the account current on or before February 7, 2011 will result in further collection activity which can include repossession.

Should you have any further questions or concerns, please feel free to contact me at (310) 468-4227.

Sincerely,

Christy Morales
Executive Administrator



Office of the President and
Chief Executive Officer

19001 South Western Avenue
Torrance, CA 90501
(800) 874-8822 ext. 39479

**Retail Account History**
**Redacted**

| Payment Number | Payment Due Date | Amount Due | Late Charge Assessed | Date Paid | Comments | Amount Paid | Late Charge Paid/Waived | No. of days late | (Over)-under |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/27/2006 | $555.97 | | 3/8/2006 | Check # 3864 | $555.97 | | 9 | $0.00 |
| 2 | 3/27/2006 | $555.97 | $27.80 | 5/5/2006 | Check # Redacted $1139.74 | $555.97 | $27.80 | 39 | $0.00 |
| 3 | 4/27/2006 | $555.97 | | 5/5/2006 | | $555.97 | | 8 | $0.00 |
| 4 | 5/27/2006 | $555.97 | | 6/5/2006 | Check # Redacted | $555.97 | | 9 | $0.00 |
| 5 | 6/27/2006 | $555.97 | | 6/29/2006 | Check # Redacted | $555.97 | | 2 | $0.00 |
| 6 | 7/27/2006 | $555.97 | | 7/24/2006 | Check # 3045 | $555.97 | | -3 | $0.00 |
| 7 | 8/27/2006 | $555.97 | | 8/28/2006 | Check # 3080 | $555.97 | | 1 | $0.00 |
| 8 | 9/27/2006 | $555.97 | | 9/30/2006 | Check # 3113 | $555.97 | | 3 | $0.00 |
| 9 | 10/27/2006 | $555.97 | | 10/24/2006 | Check # 1009 | $555.97 | | -3 | $0.00 |
| 10 | 11/27/2006 | $555.97 | | 11/29/2006 | Check # 1070 | $555.97 | | 2 | $0.00 |
| 11 | 12/27/2006 | $555.97 | | 12/28/2006 | Check # 1085 | $555.97 | | 1 | $0.00 |
| 12 | 1/27/2007 | $555.97 | | 1/25/2007 | Check # 1109 | $555.97 | | -2 | $0.00 |
| 13 | 2/27/2007 | $555.97 | | 3/2/2007 | Check # 1132 | $555.97 | | 3 | $0.00 |
| 14 | 3/27/2007 | $555.97 | | 3/22/2007 | Check # 1307 | $555.97 | | -5 | $0.00 |
| 15 | 4/27/2007 | $555.97 | | 4/30/2007 | Check # 1342 | $555.97 | | 3 | $0.00 |
| 16 | 5/27/2007 | $555.97 | | 5/25/2007 | Check # 1003 | $555.97 | | -2 | $0.00 |
| 17 | 6/27/2007 | $555.97 | | 6/25/2007 | Check # 1017 | $555.97 | | -2 | $0.00 |
| 18 | 7/27/2007 | $555.97 | | 8/6/2007 | Check # 1032 | $555.97 | | 10 | $0.00 |
| 19 | 8/27/2007 | $555.97 | | 8/30/2007 | Check # 1019 | $555.97 | | 3 | $0.00 |
| 20 | 9/27/2007 | $555.97 | | 9/27/2007 | Check # 1035 | $555.97 | | 0 | $0.00 |
| 21 | 10/27/2007 | $555.97 | | 10/29/2007 | Check # 1062 | $555.97 | | 2 | $0.00 |
| 22 | 11/27/2007 | $555.97 | | 12/5/2007 | Check # 1120 | $555.97 | | 8 | $0.00 |
| 23 | 12/27/2007 | $555.97 | | 12/20/2007 | Check # 1152 | $555.97 | | -7 | $0.00 |
| 24 | 1/27/2008 | $555.97 | | 2/6/2008 | Check # 1200 | $555.97 | | 10 | $0.00 |
| 25 | 2/27/2008 | $555.97 | | 3/7/2008 | Check # 1227 | $555.97 | | 9 | $0.00 |
| 26 | 3/27/2008 | $555.97 | | 3/20/2008 | Check # 1245 | $555.97 | | -7 | $0.00 |
| 27 | 4/27/2008 | $555.97 | | 4/24/2008 | Check # 1281 | $555.97 | | -3 | $0.00 |
| 28 | 5/27/2008 | $555.97 | | 5/21/2008 | Check # 1308 | $555.97 | | -6 | $0.00 |
| 29 | 6/27/2008 | $555.97 | | 6/20/2008 | Check # 1346 | $555.97 | | -7 | $0.00 |
| 30 | 7/27/2008 | $555.97 | | 7/28/2008 | Check # 1386 | $555.97 | | 1 | $0.00 |
| 31 | 8/27/2008 | $555.97 | | 8/26/2008 | Check # 1428 | $555.97 | | -1 | $0.00 |
| 32 | 9/27/2008 | $555.97 | | 9/25/2008 | Check # 1463 | $555.97 | | -2 | $0.00 |
| 33 | 10/27/2008 | $555.97 | $27.80 | 12/2/2008 | Telephone payment of $1111.94 | $555.97 | $27.80 | 36 | $0.00 |
| 34 | 11/27/2008 | $555.97 | | 12/2/2008 | | $555.97 | | 5 | $0.00 |
| 35 | 12/27/2008 | $555.97 | | 12/26/2008 | Check # 1550 | $555.97 | | -1 | $0.00 |
| 36 | 1/27/2009 | $555.97 | | 1/30/2009 | Check # 1576 | $555.97 | | 3 | $0.00 |
| 37 | 2/27/2009 | $555.97 | | 3/3/2009 | Electronic Payment | $555.97 | | 4 | $0.00 |
| 38 | 3/27/2009 | $555.97 | | 3/31/2009 | Electronic Payment | $555.97 | | 4 | $0.00 |
| 39 | 4/27/2009 | $555.97 | | 4/28/2009 | Electronic Payment | $555.97 | | 1 | $0.00 |
| 40 | 5/27/2009 | $555.97 | $27.80 | 6/25/2009 | Electronic Payment | $555.97 | $27.80 | 29 | $0.00 |
| 41 | 6/27/2009 | $555.97 | | 6/25/2009 | Electronic Payment | $555.97 | | -2 | $0.00 |
| 42 | 7/27/2009 | $555.97 | | 7/28/2009 | Electronic Payment | $555.97 | | 1 | $0.00 |
| 43 | 8/27/2009 | $555.97 | | 8/27/2009 | Electronic Payment | $555.97 | | 0 | $0.00 |
| 44 | 9/27/2009 | $555.97 | | 9/29/2009 | Electronic Payment | $555.97 | | 2 | $0.00 |
| 45 | 10/27/2009 | $555.97 | | 10/30/2009 | Electronic Payment | $555.97 | | 3 | $0.00 |
| 46 | 11/27/2009 | $555.97 | | 11/27/2009 | Electronic Payment | $555.97 | | 0 | $0.00 |
| 47 | 12/27/2009 | $555.97 | | 12/28/2009 | Electronic Payment | $555.97 | | 1 | $0.00 |
| 48 | 1/27/2010 | $555.97 | $27.80 | 3/8/2010 | Check # 1317 | $555.97 | | 40 | $0.00 |
| 49 | 2/27/2010 | $555.97 | | 3/8/2010 | Check # 1323 | $555.97 | | 9 | $0.00 |
| 50 | 3/27/2010 | $555.97 | | 3/23/2010 | Electronic Payment | $555.97 | | -4 | $0.00 |
| 51 | 4/27/2010 | $555.97 | | 4/28/2010 | Electronic Payment | $555.97 | 27.8 | 1 | $0.00 |
| 52 | 5/27/2010 | $555.97 | | 5/27/2010 | Electronic Payment | $555.97 | | 0 | $0.00 |



Office of the President and
Chief Executive Officer

19001 South Western Avenue
Torrance, CA 90501
(800) 874-8822 ext. 39479

**Retail Account History**
**013-6158948**

| Payment Number | Payment Due Date | Amount Due | Late Charge Assessed | Date Paid | Comments | Amount Paid | Late Charge Paid/Waived | No. of days late | (Over)-under |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 6/27/2010 | $555.97 | | 6/28/2010 | Electronic Payment | $555.97 | | 1 | $0.00 |
| 54 | 7/27/2010 | $555.97 | | 8/6/2010 | Electronic Payment | $555.97 | | 10 | $0.00 |
| 55 | 8/27/2010 | $555.97 | $27.80 | 9/23/2010 | Check # 1057 | $555.97 | | 27 | $0.00 |
| 56 | 9/27/2010 | $555.97 | $27.80 | 11/5/2010 | Chck # 1083 | $555.97 | | 39 | $0.00 |
| 57 | 10/27/2010 | $555.97 | $27.80 | | | | | | $555.97 |
| 58 | 11/27/2010 | $555.97 | $27.80 | | | | | | $1,111.94 |
| 59 | 12/27/2010 | $555.97 | $27.80 | | | | | | $1,667.91 |
| 60 | 1/27/2011 | $555.97 | | | | | | | $2,223.88 |