# EXHIBIT A

# EXHIBIT A

4845-0479-3863.1



# THE STATE BAR OF CALIFORNIA

Tuesday, March 22, 2011

State Bar Home

Home > Attorney Search > Attorney Profile

# ATTORNEY SEARCH

## Charles Hernan Carreon - #127139

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 127139 | | |
| **Address** | 2165 S Avenida Planeta<br>Tucson, AZ 85710 | **Phone Number** | (520) 841-0835 |
| | | **Fax Number** | Not Available |
| | | **e-mail** | chas@charlescarreon.com |
| **District** | Outside California | **Undergraduate School** | Southern Oregon University; Ashland OR |
| **County** | Non-California | **Law School** | UCLA SOL; Los Angeles CA |
| **Sections** | None | | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 11/20/2006 | Active |
| 9/21/2006 | Not Eligible To Practice Law |
| 1/24/1997 | Active |
| 1/1/1995 | Inactive |
| 1/14/1987 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

| Effective Date | Description | Case Number | Resulting Status |
|---|---|---|---|
| **Disciplinary and Related Actions** | | | |
| 9/21/2006 | Discipline w/actual suspension | 05-J-04474 | Not Eligible To Practice Law |
| **Administrative Actions** | | | |