# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES H. CARREON,<br><br>            Plaintiff/Counter-defendant,<br><br>v.<br><br>TOYOTA MOTOR CREDIT<br>COPORATION d/b/a TOYOTA<br>FINANCIAL SERVICES, et al.,<br><br>            Defendants/Counter-plaintiffs. | CASE NO.  4:11-cv-00039-TUC-FRZ<br><br>**[PROPOSED] ORDER GRANTING TOYOTA MOTOR CREDIT CORPORATION d/b/a/ TOYOTA FINANCIAL SERVICES' MOTION TO DISMISS COUNTS I, III, IV AND V OF PLAINTIFF'S FIRST AMENDED COMPLAINT, WITH PREJUDICE** |

The Court having considered the Motion to Dismiss Counts I, III, IV, and V of Plaintiff's First Amended Complaint, with prejudice, filed April 8, 2011, by Defendant/Counter-plaintiff Toyota Motor Credit Corporation d/b/a Toyota Financial Services,

IT IS HEREBY ORDERED that the Motion be granted, and that Counts I, III, IV, and V of Plaintiff's First Amended Complaint are hereby dismissed, with prejudice.

4835-8616-3721.1