CHARLES H. CARREON
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Attorney Pro Se

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Charles H. Carreon,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Toyota Financial Service CDE Corporation, Toyota Motor Credit Corporation, Lithia Motors, Inc., FKA Lithia Toyota Scion, and Does 1 - 10<br><br>　　　　　Defendants. | Case No.: CV 1139 TUC FRZ<br><br>STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE OPPOSITION BRIEF (FIRST REQUEST) |

**WHEREAS,** on April 8, 2011, defendant filed a motion pursuant to F.R.Civ.P. 12(b)(6) seeking dismissal of all claims for relief except for Count 2 with prejudice, for which plaintiff's responsive brief is due on or before Monday, April 25, 2011;

**WHEREAS,** no prior extensions of time have been sought or granted regarding the said motion;

**WHEREAS,** plaintiff has a deposition to conduct on Friday, April 22, 2011 that was set by Court Order issued on March 30, 2011 in another, unrelated action that will require substantial preparation, as reflected in Exhibit "A" hereto, consuming the better part of April 21st and 22nd;

**WHEREAS,** this Court's Order of April 13, 2011 (the "April 13th Order") requires counsel to provide a substantial additional volume of work product in support of any

motion or opposition thereto in the form of an Authority Binder including all statutory and case authority;

**WHEREAS,** the Court, in its April 13th Order *sua sponte* granted moving defendant until May 13, 2011 to file the Authority Binder required by the Order;

**THEREFORE,** pursuant to LRCiv 7.3, it is hereby stipulated, by and between all counsel that the Court is hereby requested to extend the time for plaintiff to file opposition to defendant's pending motion to dismiss from April 22, 2011 until April 29, 2011, and to issue an Order to that effect, in the form submitted herewith.

Dated: April 19, 2011                             Respectfully submitted,

*/s/ Philip A. Overcash*
PHILIP A. OVERCASH
KUTAK ROCK LLP
Attorneys for Defendant Toyota Motor Credit Corporation d/b/a Toyota Financial Services

Dated:  April 19, 2011                            Respectfully submitted,

*/s/ Charles Carreon*
CHARLES CARREON
Attorney Pro Se

I certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

# Exhibit "A"

CHARLES CARREON, ESQ. (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
email: chas@charlescarreon.com

Attorney for Petitioner/Plaintiff CFM Asset Management, Inc.

## SUPERIOR COURT OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| CFM ASSET MANAGEMENT, INC., | Case No.: BS128404 |
| Petitioner/Plaintiff, | **NOTICE OF RULING** |
| vs. | **[UNLIMITED JURISDICTION]** |
| JAMES BECKISH, d/b/a NETHOLE SERVICES, LTD, d/b/a GRUPO LIMO CR SOCIEDAD ANONIMA, GIOVANNI ACUNA MOLINA, XIOMARA GARCIA CASTILLO, JOSEPH ANTHONY DEMARIA, and DOES 1 – 5, | **Assigned to the Hon. Ruth Ann Kwan Department: 72** |
| Respondents/Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN, PLEASE TAKE NOTICE THAT ON March 30, 2011 the Court, the Hon. Ruth Ann Kwan presiding, heard argument on the motion of Respondent James Beckish ("Moving Respondent") filed February 1, 2011 as the Notice of Motion and Motion of Specially Appearing Defendant James Beckish to Quash Service of Summons for Lack of Personal Jurisdiction. The Court further considered the request for a continuance of the hearing by Petitioner CFM Asset Management, Inc. ("Petitioner") to conduct discovery into jurisdictional matters. James D. Henderson, Jr. appeared in person for Moving Respondent, and Charles Carreon appeared via CourtCall for Petitioner.

     The Court GRANTED the Petitioner's request for continuance of the hearing to allow Petitioner to conduct the deposition of, and obtain production of documents from, Moving Respondent on the noticed date of April 22, 2011, and set the following briefing and hearing schedule:

NOTICE OF RULING

EXHIBIT "A"

- May 9, 2011:  Petitioner's Supplemental Opposition Brief due.
- May 16, 2011:  Moving Respondent's Supplemental Reply Brief due.
- May 18, 2011, 9:00 a.m. in Department 72:  Hearing on Continued Motion

The Court directed Petitioner to give notice.

Dated:  March 30, 2011                              CHARLES CARREON, ESQ.

                                                         ORIGINAL DIGITALLY SIGNED

By: _____
CHARLES CARREON (127139)
Attorney for CFM Asset Management, Inc.

EXHIBIT "A"

PROOF OF SERVICE

I am a citizen of the United States with a business address of 2165 S. Avenida Planeta.  I am over the age of 18 years, and not a party to the within action.  I declare that, on the date subscribed below, I served the following document described as

upon counsel for Respondent James Beckish and Nethole Services, Inc. by delivering true copies to:

James D. Henderson, Jr.
The Law Offices of James D. Henderson, Jr.
2530 Wilshire Boulevard
Second Floor
Santa Monica, CA 90403

JimJr@DHLawGroup.com

☐ by email to the above-referenced email address

☐ by personal delivery to the above-referenced addresses

☐ by placing the same in envelopes addressed to the above recipients, U. S. Mail, with first class postage fully prepaid, deposited into an official mailbox located in _____Tucson, Arizona.

☐ by Federal Express for overnight delivery.

Executed at Tucson, Arizona, on_____.


ORIGINAL DIGITALLY SIGNED

CHARLES CARREON


EXHIBIT "A"