CHARLES H. CARREON
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel:  520-841-0835
chas@charlescarreon.com
Attorney Pro Se

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Charles H. Carreon | Case No.: 4:11-cv-00039-TUC-FRZ |
| Plaintiff, | **NOTICE OF ERRATA** |
| vs. | |
| Toyota Financial Service CDE Corporation, Toyota Motor Credit Corporation, Lithia Motors, Inc., FKA Lithia Toyota Scion, and Does 1 - 10 | |
| Defendants. | |

### NOTICE OF ERRATA

Plaintiff provides notice of the following errata in Plaintiff's Opposition to Motion to Dismiss Counts I, III, IV and V of Plaintiff's First Amended Complaint; Alternatively, Motion to File Second Amended Complaint, Docket Entry # 20:

| Pg:line | Error | Correction (in bold) |
|---|---|---|
| 3:24-25 | This is because both Arizona and Oregon have adopted the Uniform Commercial Code at A.R.S. § 47-9609 and O.R.S. 47-9609… | This is because both Arizona and Oregon have adopted the Uniform Commercial Code at A.R.S. § 47-9609 and O.R.S. **79.0609**… |

| | | |
|---|---|---|
| 4:13-14 | … they had failed to perfect a purchase money lien on the 2006 Prius under ARS 47-9234(A)… | … they had failed to perfect a purchase money lien on the 2006 Prius under ARS **47-9303**…. |
| 5:1-4 | The fifth legal issue is whether the repossessor's statement that plaintiff would be arrested was an act of "taking or threatening to take any nonjudicial action to effect dispossession or disablement of property" under 15 U.S.C. § 1692(f)(6), or a "breach of the peace" under ORS 47-9609 and ARS § 47-9609. | The fifth legal issue is whether the repossessor's statement that plaintiff would be arrested was an act of "taking or threatening to take any nonjudicial action to effect dispossession or disablement of property" under 15 U.S.C. § 1692(f)(6), or a "breach of the peace" under ORS **79.0609** and ARS § 47-9609. |
| 6:6 | Another Oregon Supreme Court case on rescission held: | Another Oregon Supreme Court case on rescission, ***Bollenback v. Continental Casualty Co.*, 414 P.2d 802, 243 Or. 498 (1966),** held: |

Dated:  May 4, 2011                    CHARLES H. CARREON

                                        s/Charles Carreon
                                        CHARLES H. CARREON
                                        Attorney Pro Se