CHARLES H. CARREON
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Attorney Pro Se

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Charles H. Carreon | Case No.: CV 1139 TUC FRZ |
| Plaintiff, | JOINT NOTICE OF SETTLEMENT |
| vs. | |
| Toyota Financial Service CDE Corporation, Toyota Motor Credit Corporation, Lithia Motors, Inc., FKA Lithia Toyota Scion, and Does 1 - 10 | |
| Defendants. | |

**WHEREAS,** motions are currently pending before this Court;

**WHEREAS,** LRCiv 40.2(d) provides: "When a case set for trial is settled out of Court or any motion is pending before a District Judge or Magistrate Judge and is voluntarily resolved by the parties or their counsel, it shall be the duty of counsel to inform the Clerk and the chambers of such District Judge or Magistrate Judge immediately."

**WHEREAS,** all named parties have reached a settlement on specific terms that will be implemented by a final dismissal of all claims with prejudice in due course;

**THEREFORE,** the parties hereby jointly provide the Court with notice that the matter has been resolved, and no further Court action on the pending motions is required.

Dated: June 13, 2011                    Respectfully submitted,


                                        */s/ Philip A. Overcash*
                                        PHILIP A. OVERCASH
                                        KUTAK ROCK LLP
                                        Attorneys for Defendant Toyota Motor Credit
                                        Corporation d/b/a Toyota Financial Services


Dated:  June 13, 2011                   Respectfully submitted,


                                        */s/ Charles Carreon*
                                        CHARLES CARREON
                                        Attorney Pro Se

I certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.