IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles H. Carreon, ) | No. CV 11-39-TUC-FRZ |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Toyota Motor Credit Corporation d/b/a ) Toyota Financial Services, et al., ) | |
| Defendants. ) | |

　　The Court has been informed that the parties have reached a settlement. As such, IT IS HEREBY ORDERED as follows: (1) The parties' motions to dismiss (Doc. 14, 21, 24) are denied as moot; (2) The parties shall file their stipulation to dismiss this case by 7/29/11.

　　DATED this 13th day of June, 2011.

Frank R. Zapata
Senior United States District Judge