PHILIP A. OVERCASH, ESQ. #022964
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ  85253-2742
(480) 429-5000
Facsimile: (480) 429-5001
Philip.overcash@kutakrock.com

*Attorneys for Defendant*
*Toyota Motor Credit Corporation d/b/a Toyota Financial Services*

CHARLES H. CARREON, ESQ.
2165 S. Avenida Planeta
Tucson, AZ 85710
(520) 841-0835
Facsimile: (520) 843-2083
chascarreon@gmail.com

*Attorney Pro Se*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles H. Carreon,<br><br>    Plaintiff/Counter-defendant,<br><br>v.<br><br>Toyota Motor Credit Corporation D/B/A Toyota Financial Services, et al.<br><br>    Defendants/Counter-plaintiffs. | CASE NO.  4:11-cv-00039-TUC-FRZ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(Assigned to the Honorable Frank R. Zapata) |

The Plaintiff, Charles H. Carreon ("Carreon") and Defendant Toyota Motor Credit Corporation d.b.a. Toyota Financial Services ("TMCC") have reached final settlement, and stipulate that all remaining claims in the above-entitled action shall be dismissed, with prejudice, each of the parties to bear its own costs and attorneys' fees.  A proposed Order is attached for the Court's convenience.

4826-2185-0122.1

Dated this 8^(TH) day of July, 2011.

                KUTAK ROCK LLP


By   s/   Philip A. Overcash
     Philip A. Overcash #022964
     Suite 300
     8601 North Scottsdale Road
     Scottsdale, AZ  85253-2742
     (480) 429-5000 (Telephone)
     (480) 429-5001 (Facsimile)

*Attorneys for Defendant Toyota Motor Credit Corporation d/b/a Toyota Financial Services*


By:   s/  Charles H. Carreon, by permission
     Charles H. Carreon, Esq.
     2165 S. Avenida Planeta
     Tucson, AZ 85710
     (520) 841-0835
     Facsimile: (520) 843-2083

*Attorney Pro Se*


## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2011, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant.

Charles H. Carreon
2165 S. Avenida Planeta
Tucson, AZ 85710


                s/ Kathryn Ann Fitchett
                Certified Paralegal