## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles H. Carreon, | CASE NO. 4:11-cv-00039-TUC-FRZ |
| Plaintiff/Counter-defendant, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Toyota Motor Credit Corporation D/B/A Toyota Financial Services, et al. | (Assigned to the Honorable Frank R. Zapata) |
| Defendants/Counter-plaintiffs. | |

The Court, having reviewed the Stipulation for Dismissal, with Prejudice, submitted by the Plaintiff, Charles H. Carreon ("Carreon") and Defendant Toyota Motor Credit Corporation d/b/a Toyota Financial Services ("TMCC"), and good cause appearing,

IT IS ORDERED granting the Stipulation and dismissing all claims between the parties, with prejudice, in their entirety, with each of the parties to bear its own costs and attorneys' fees.

Dated this 13th day of July, 2011.

_____
Frank R. Zapata
Senior United States District Judge

4847-1926-4266.1